UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAVIS,

                Plaintiff,

– against –

STATUE.COM, INC.,

                Defendant.

**ORDER**

21 Civ. 6217 (ER)

RAMOS, D.J.:

     A complaint was filed in this case on July 21, 2021.  Doc. 1.  Service was accepted by the defendant on October 15, 2021.  Doc. 5.  Since that date, there has been no further action in this case.  Plaintiff Davis is therefore instructed to submit a status report by no later than January 5, 2022.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   December 15, 2021
           New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.